IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> **RAS ROBINSON**, <br> Defendant | NO.  5: 04-CR-137 (WDO) <br><br> Re: Violation of Conditions of Release |

## O R D E R

The government having moved the court to revoke the order of pretrial release entered as to defendant RAS ROBINSON in the above-captioned criminal proceeding, and a hearing having been this day held on the government's motion before the undersigned under provisions of the Bail Reform Act of 1984 at 18 U.S.C. §3148(b), **THE COURT FINDS** that the defendant has violated conditions of pretrial release as evidenced by his admissions, to-wit:

**(1) that he entered a plea of guilty on July 28, 2005, to the State offense of Criminal Trespass;**

**(2 that he violated conditions of release herein, to-wit:  (a) by failing to report to his probation officer on August 23, 2005, as directed, and (b) by using marijuana on August 28, 2005.**

ACCORDINGLY, upon consideration of the defendant's admissions, of input from U. S. Probation Officer Tony W. Elder, and of argument of counsel for the government and counsel for the defendant, the government's motion is DENIED.  IT IS ORDERED AND DIRECTED that defendant ROBINSON shall be permitted to remain on pretrial release subject to all conditions heretofore imposed upon him, with instructions to his probation officer to immediately advise the court of any further violations.  The defendant will be held strictly accountable by the court.

SO ORDERED, this 11th day of OCTOBER, 2005.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE